NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM R. NELSON,                          )
                                            )
        Appellant,                    )
                                            )
v.                                          )      Case No. 2D20-930
                                            )
STATE OF FLORIDA,                           )
                                            )
        Appellee.                     )
_____)

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Donald G. Jacobsen,
Judge.

William R. Nelson, pro se.


PER CURIAM.

        Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Ratliff v.

State, 914 So. 2d 938 (Fla. 2005); Wright v. State, 911 So. 2d 81 (Fla. 2005); Adaway v.

State, 902 So. 2d 746 (Fla. 2005); State v. Whitehead, 472 So. 2d 730 (Fla. 1985);

Smart v. State, 124 So. 3d 347 (Fla. 2d DCA 2013); Nelson v. State, 965 So. 2d 134

(Fla. 2d DCA 2007) (table decision); Burttram v. State, 846 So. 2d 1201 (Fla. 2d DCA

2003); Phillips v. State, 807 So. 2d 713 (Fla. 2d DCA 2002); Gonzalez v. State, 50 So.

3d 633 (Fla. 1st DCA 2010); Lykins v. State, 894 So. 2d 302 (Fla. 3d DCA 2005);

Enriquez v. State, 885 So. 2d 892 (Fla. 3d DCA 2004); Thomas v. State, 778 So. 2d 429 (Fla. 5th DCA 2001).

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.